UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVANCED BEHAVIOR HEALTH, LLP,

                                                                         20-cv-6644 (PKC)

       -against-

                                                                            <u>ORDER</u>

ORI SHINAR,

                   Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

       At a pretrial conference held today, Plaintiff's attorney conceded that there is no basis for the allegation of diversity jurisdiction in paragraph 11 of the Complaint. Accordingly, the allegation in paragraph 11 is stricken on consent.

SO ORDERED.

Dated: October 27, 2020
New York, New York

                                                                       P. Kevin Castel
                                                              United States District Judge