**ALAN GERSON, ESQ.**
230 Broadway
Lawrence, N.Y. 11559
(516) 510-8717

March 2, 2021

**VIA ELECTRONIC FILING**           **MEMORANDUM ENDORSEMENT**
Hon. Judge Gabriel W. Gorenstein
United States Courthouse
Southern District of New York
Courtroom 11D
500 Pearl Street
New York, New York 10007

                    Re:     Advanced Behavioral Health, LLP v. Shinar
                            Docket No. 20-cv-06644

Dear Hon. Judge Gorenstein:

     This office represents the Defendant Ori Shinar in the above-referenced matter. Pursuant to Your Honor's Order of February 10, 2021, Defendant was to file a Motion to Dismiss by March 3, 2021. It is respectfully requested that Defendant be given a further two weeks to file said Motion as the preparation and review of documents is taking longer than anticipated. No prejudice will occur to the plaintiff as a result of this.

     Thank you for your consideration of this matter.

Very truly yours,

Alan Gerson, Esq.

By_____
    Alan Gerson,, Esq.

**Application denied for failure to comply with paragraph 1.E of the Court's Individual Practices.**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
**March 2, 2021**