```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DR. SUZANNE FEINSTEIN *derivatively on behalf*  :
*of* ADVANCED BEHAVIORAL HEALTH, LLP,
                                                :
                                                :       ORDER
                        Plaintiff,
                                                :       20 Civ. 6644 (GWG)
        -v.-
                                                :
ORI SHINAR,
                                                :
                        Defendant.              :
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

This Order addresses two matters: (1) consent under 28 U.S.C. § 636(c) and (2) the response to the motion for sanctions.

<u>Consent</u>

The complaint has now been amended to reflect that Dr. Suzanne Feinstein is suing derivatively on behalf of Advanced Behavioral Health, LLP. If Dr. Feinstein intends to consent to the undersigned's exercise of jurisdiction under 28 U.S.C. § 636(c), she shall file a letter to the undersigned by July 14, 2021, that attaches a new signed form so stating. The form is available at: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

<u>Motion for Sanctions</u>

The Court believes there may be good reasons, in light of the realignment of the parties and the addition of a new litigant, to have the parties address the sanctions issue anew. While defendant's letter is unclear (Docket # 49), there may perhaps be a basis for believing that defendant is prepared to be more forthcoming as to the missing documentation. In any event, plaintiff is directed to discuss the matter with defendant forthwith. Plaintiff may either file a reply to defendant's letter on or before July 28, 2021, or may withdraw the pending motion with leave to reinstate.

SO ORDERED.

Dated: July 7, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge