UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DR. SUZANNE FEINSTEIN *derivatively on behalf* :
*of* ADVANCED BEHAVIORAL HEALTH, LLP,

                                                     :     <u>ORDER</u>

                   Plaintiff,

                                                       :     20 Civ. 6644 (GWG)

    -v.-

ORI SHINAR,

                   Defendant.           :
-------------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This Court intends to forbear from adjudicating the pending letter applications until the conclusion of the mediation efforts, which the Court understands are ongoing. The parties are directed to report to the Court as soon as the mediation is completed and to provide a status report. If there is an urgent need for the Court to decide one of the pending applications before that time, the parties may so inform the Court by letter.

      SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                                                     GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge