UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DR. SUZANNE FEINSTEIN *derivatively on behalf* :
*of* ADVANCED BEHAVIORAL HEALTH, LLP,
                                                                         :

                                                                         :      <u>ORDER</u>
                              Plaintiff,
                                                                         :      20 Civ. 6644 (GWG)
     -v.-
                                                                          :
ORI SHINAR,
                                                                          :

                             Defendant.         :
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The parties are directed to file a joint letter on the status of this case on or before October 4, 2021.

       SO ORDERED.

Dated: September 27, 2021
        New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge