UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADVANCED BEHAVIORAL HEALTH, LLP      :

                                                                :   ORDER OF DISCONTINUANCE
                 Plaintiff,                      20 Civ. 6644 (GWG)
                                                                :

  -v.-
                                                                :

ORI SHINAR,
                                                                :

               Defendant.           :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On October 27, 2020, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). It has now been reported to the Court that the parties have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires seeking to re-open this matter. Any application to reopen filed thereafter may be denied solely for failure to meet the 30-day deadline.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: November 18, 2021
       New York, New York

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge